UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| STEPHEN PATRICK KELLY,<br><br>              Plaintiff,<br><br>vs.<br><br>COMMUNITY PROTESTANT CHURCH, BOB EVEREST, BISHOP HALES AND THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS,<br><br>              Defendant. | Case No. CV-22-20 -BU-BMM<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED Plaintiff's Motion for Special Ruling (Doc. 22) is GRANTED in part. The action against all Defendants is voluntarily DISMISSED without prejudice, with each of the parties to bear their own costs and attorney's fees. The Clerk of Court is directed to enter judgment accordingly.

      Dated this 2nd day of November, 2022.

                                    TYLER P. GILMAN, CLERK

                                    By: /s/ Kelsey Hanning
                                    Kelsey Hanning, Deputy Clerk